IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10650
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HORACE A. CARAKER,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(3:95-CR-317-R)
- - - - - - - - - -
March 19, 1997

Before Wisdom, King, and Smith, Circuit Judges.

PER CURIAM:[*]

Horace A. Caraker appeals his conviction for threatening to take the life of or inflict bodily harm upon the President of the United States. Caraker argues that the evidence was insufficient to support his conviction and that the district court erred in refusing to grant a sentence reduction for acceptance of responsibility. After careful review of the record, we find that the trial evidence is sufficient to support Caraker's

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

conviction.[2]  Also, the district court did not clearly err by refusing to grant Caraker a sentence reduction for acceptance of responsibility.[3]

AFFIRMED.

---

[2]     See United States v. Barton, 992 F.2d 66, 68 (5th Cir. 1993); see also United States v. Howell, 719 F.2d 1258, 1260 (5th Cir. 1983), cert. denied, 467 U.S. 1228 (1984).

[3]     See United States v. Payne, 99 F.3d 1273, 1281 (5th Cir. 1996).